IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNA V. ALONZO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REFRESCO BEVERAGES US INC.,<br><br>Defendant. | Civil No.: 3:23-cv-22695-GC-JBD |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Alonzo voluntarily dismisses her Complaint **without prejudice**. Defendant has not served an answer or a motion for summary judgment in this action.

Dated: November 3, 2025

By: /s/ Charles J. Kocher
Charles J. Kocher, Esq. (NJ ID 016952004)
Tyler J. Burrell, Esq. (NJ ID 377942021)
Gaetano J. DiPersia, Esq. (NJ ID 442152023)
McOMBER McOMBER & LUBER, P.C.
50 Lake Center Drive, Suite 400
Marlton, NJ 08053
(856) 985-9800
cjk@njlegal.com
tjb@njlegal.com
gjd@njlegal.com

*Attorneys for Class Representative Plaintiff Anna V. Alonzo*

It is so ordered this 4th day of November, 2025. The Clerk's Office is directed to CLOSE this case.

*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2025 I caused the foregoing to be served on counsel for Defendant via ECF.

*Charles J. Kocher*
Charles J. Kocher, Esq.
